UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-20261-CR-MOORE

UNITED STATES OF AMERICA

vs.

CARLO DEMARCO,

        Defendant.
_____/

## FACTUAL PROFFER

If this matter were to proceed to trial, the United States would have proven beyond a reasonable doubt that the defendant, CARLO DEMARCO, is guilty of distributing, via computer, visual depictions involving the use of minors engaged in sexually explicit conduct as charged in Count 1 of the indictment.

On February 10, 2010, a Special Agent ("SA") using a computer connected to the Internet, launched a publicly available P2P file sharing program from the Kansas City Division of the FBI, located in Kansas City, Missouri. SA sent a friend invite to the username Xerox9 which was accepted by Xerox9. After accepting the friend request, SA was able to view and download files from Xerox9's computer that Xerox9 selected to share with other users.

On February 11, 2010, SA, using a computer connected to the Internet, launched a publicly available P2P file sharing program from the Kansas City Division of the FBI, located in Kansas City, Missouri. SA queried his network of friends and observed that an individual using the username Xerox9 was logged onto the network.

SA browsed Xerox9's shared folders and observed numerous video file titles indicative of child pornography. SA selected 42 files which appeared to contain child pornography and began to download these files directly from Xerox9's computer. One of the videos showed multiple scenes of boys who appear to be under the age of twelve (12) engaged in oral sex with other children or adults. A second videos showed a boy who appear to be under the age of twelve (12) and an adult male masturbating the young boy. A third video showed an adult male anally penetrating a child under the age of twelve. As these photographs and videos were obtained through the internet, they traveled in interstate commerce.

On March 29, 2010, law enforcement officers executed a search warrant at the defendant's residence, located 16503 SW 97th Street, in Miami, Florida, in the Southern District of Florida. In a post-*Miranda* statement, made on that same day, the defendant admitted that he downloaded Gigatribe, an Internet-based file sharing program, onto his home computers and that he was familiar with the file sharing program. The defendant admitted that his Gigatribe screen name was "Xerox9."The defendant further admitted that with Gigatribe he knowingly downloaded from the Internet child pornography images (including still images and videos) depicting minor children engaging in sexual activity with adults and/or other minor children. The defendant further admitted that he knowingly possessed and viewed these child pornography images.

A computer analysis was subsequently performed upon both of the defendant's computers. The computer analysis revealed at least 600 images and at least 101 videos files depicting prepubescent children in sexually explicit conduct, including acts of oral sex and penetration. The analysis of the Gigatribe software on the defendant's computer revealed that the defendant created a shared folder titled "SHARE," which contained child pornography images for viewing and distribution. Furthermore, the analysis further revealed that the Gigatribe software on the

defendant's computer had a "Transfers" tab which allowed the defendant to monitor who was downloading child pornography from his computer; to monitor the file names being downloaded from his computer; as well as the user downloading the files of child pornography. The defendant knowingly possessed these child pornography images that were found on his computer.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 9/21/10        By: _____
                          SHARAD A. MOTIANI
                          ASSISTANT UNITED STATES ATTORNEY

Date: 9-20-2010      By: _____
                          WILLIAM ALEXANDER CLAY
                          ATTORNEY FOR DEFENDANT

Date: 9-20-2010      By: _____
                          CARLO DEMARCO
                          DEFENDANT