UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,                                              CASE NO. 10-cr-20261-KMM

vs.

CARLO DEMARCO,

    Defendant.
_____/

## SUPPLEMENT TO SENTENCING MEMORANDUM

    COMES NOW, the Defendant, CARLO DEMARCO, and undersigned counsel, WILLIAM A. CLAY, and hereby files the instant Supplement to Sentencing Memorandum (DE 76). The following grounds are respectfully set forth in support of the instant motion:

    1.    The Defendant respectfully set forth the following in support of undersigned defense counsel's recommendation that the Defendant be sentenced to a 60 month term of confinement in the Bureau of Prisons, a judicial recommendation/referral to Bureau of Prisons that the Defendant be admitted into Sex Offender Treatment Program and with a very extended term of Supervised Release with specific requirement that the Defendant continue psychological therapy and the Sex Offender Treatment Program.

        A.    Undersigned counsel hereby incorporates by reference all grounds and arguments and sentencing factors set forth in the Sentencing Opinion and Order of the Honorable James Lawrence King in the case of USA v. Christopher Riley, SDFL Case No. 09-CR-20221-KING. Said Sentencing Opinion and Order is further identified as DE 38 in the official docket of the Riley case. A copy of said Sentencing Opinion and Order is attached as an Exhibit A

1

hereto. As stated by undersigned counsel at the first phase of the Sentencing Hearing on September 27, 2011, and as agreed by Government counsel AUSA Sharad Motiani, the <u>Riley</u> case is a more egregious case.

    B.  Undersigned counsel sets forth, in the Sentencing Memorandum and during undersigned counsel's sentencing hearing presentation of September 27, 2011, certain statistics from the U.S. Sentencing Commission regarding the significant frequency of "non-government sponsored below guidelines sentences" imposed in child pornography cases. Attached as Exhibit B hereto is Table 5 of the U.S. Sentencing Commission Preliminary Quarterly Data Report, 3rd Quarter Release, Preliminary Fiscal Year 2011 Data, Through June 30, 2011. On October 4, 2011, undersigned counsel's associate, attorney Carlos Leon, spoke to Christine Kitchens of the Office of Research & Data, U.S. Sentencing Commission and did the step-by-step calculations with her on the phone to ensure the accuracy of the following information. The data in Table 5 pertains to the cases which have been sentenced under 2G2.2 (same as Carlo Demarco) from October 1, 2010 through June 30, 2011. The total number of non-Government sponsored below range sentences nationwide (there is no individualized data for the 11th Circuit) equals 570 cases. The total number of cases sentenced under 2G2.2 in the same time period equals 1,219 cases. When 570 gets divided into 1,219, we get a percentage of approximately 46.8%. This means that 46.8% of cases sentenced under 2G2.2 were non-Government sponsored below range sentences. (Follow this link to find the entire 3rd Quarter Data Report. The relevant data can be found in Table 5 on page 14. http://www.ussc.gov/Data_and_Statistics/Federal_Sentencing_Statistics/Quarterly_Sentencing_Updates/USSC_2011_3rd_Quarter_Report.pdf).

    C. The information and exhibits set forth in paragraphs 1A and 1B herein were provided to and discussed with Government counsel and were provided to USPO Rebecca Hill.

            Respectfully submitted,

            */s/ William A. Clay*
            WILLIAM A. CLAY, ESQUIRE
            Counsel for Carlo de Marco
            BILL CLAY, P.A.
            Florida Bar No. 155102
            11440 North Kendall Drive
            Penthouse 400
            Miami, Florida  33176
            Bill@billclaypa.com
            (305) 595-0866/phone
            (305) 595-9732/fax

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on October 4, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on AUSA Sharad Motiani, U.S. Attorney's Office, 99 NE 4th Street, Miami, FL  33132, via transmission of Notices of Electronic Filing generated by CM/ECF and, Pursuant to 31(6) in the Administrative Procedures, emailed the proposed Order to the Judge.

            */s/ William A. Clay*